Fourth Court of Appeals
San Antonio, Texas



## MEMORANDUM OPINION

No. 04-13-00810-CV

In the **INTEREST OF L.H.**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-PA-00997
Honorable Dick Alcala, Judge Presiding

Opinion by:    Luz Elena D. Chapa, Justice

Sitting:       Catherine Stone, Chief Justice
              Marialyn Barnard, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  April 2, 2014

MOTION TO WITHDRAW GRANTED; AFFIRMED

R.H. Jr.[1] appeals the trial court's order terminating his parent-child relationship with L.H. Appellant's court-appointed appellate attorney filed a motion to withdraw and a brief asserting that there are no arguable grounds to be advanced and the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *see also In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, *4 (Tex. App.—San Antonio May 21, 2003, order) (applying *Anders* procedure to appeals from orders terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio Sept. 10, 2003, no pet.) (mem. op.). Appellant was provided a copy of the brief and the motion to withdraw and was informed of his right to review the record and file his own brief. *See Nichols v.*

---

[1] To protect the identity of the minor child, we refer to the father and child by their initials. *See* TEX. FAM. CODE ANN. § 109.002(d) (West 2011); TEX. R. APP. P. 9.8.

*State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.) (per curiam); *In re R.R.*, 2003 WL 21157944, at *4.  Appellant did not file a pro se brief.

After thoroughly reviewing the record and the attorney's *Anders* brief, we agree with counsel that the appeal is without merit.  Accordingly, we grant the motion to withdraw and affirm the trial court's order.

Luz Elena D. Chapa, Justice